**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **LEVI J. MITCHELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1252-R** |
| | ) | |
| **BETHANY HALL et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# REPORT AND RECOMMENDATION

Plaintiff has filed an Application to Proceed in District Court without Prepaying Fees or Costs (IFP Motion) (ECF No. 2) in conformance with 28 U.S.C. § 1915. United States District Judge David L. Russell referred the Motion to the undersigned magistrate judge for disposition under 28 U.S.C. § 636(b)(1)(B), (C). *See* ECF No. 3. Pursuant to that referral the Motion was reviewed by the undersigned. For the following reasons, the undersigned recommends the Court deny Plaintiff's Motion.

## I. DISCUSSION.

The undersigned found that as submitted Plaintiff's Motion (ECF No. 2) was insufficient to prove Plaintiff is financially unable to prepay the fees and ordered Plaintiff to file an amended application (IFP Motion) that more fully addressed these matters. Plaintiff was specifically directed to file an amended application providing detailed answers for every question. Plaintiff was provided with the correct form and was warned that failure to comply with the Court's Order may result in the dismissal of this action

without prejudice to re-filing and without further notice. *See* ECF No. 4 and Staff notes dated 06/15/2026.

Proceeding *in forma pauperis* (IFP) "in a civil case is a privilege, not a right – fundamental or otherwise." *White v. Colorado,* 157 F.3d 1226, 1233 (10th Cir. 1998). "[T]o succeed on a motion to proceed IFP, the movant must show a financial inability to pay the required filing fees." *Lister v. Dep't of the Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005). The court evaluates "an application to proceed [IFP] . . . in light of the applicant's present financial status." *Scherer v. Kansas*, 263 F. App'x 667, 669 (10th Cir. 2008).

**II. RECOMMENDATION.**

Because Plaintiff has failed to comply with this Court's Order, it is recommended that the Motion **(ECF No. 2)** be **DENIED** and that he be ordered to prepay the full **$405.00** filing fee for this action to proceed. *See 28 U.S.C. § 1915(a)(1). Lister v. Department of the Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005) (magistrate judge should issue a report and recommendation when denying motion to proceed in forma pauperis.).[1]

---

[1] *See Lister v. Department of the Treasury*, 408 F.3d at 1312 (magistrate judge should issue a report and recommendation when denying motion to proceed *in forma pauperis*.).

It is further recommended that this action be dismissed without prejudice to refiling unless Plaintiff pays the **$405.00** filing fee in full to the Clerk of the Court within **twenty (20) days** of any order adopting this Report and Recommendation.

**III. NOTICE OF RIGHT TO OBJECT.**

Plaintiff is advised that he may file an objection to this Report and Recommendation with the Clerk of this Court by **August 10, 2026**. Plaintiff is further advised that failure to timely object to this Report and Recommendation waives the right to appellate review of both factual and legal issues contained herein. *Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

This report and recommendation disposes of all matters referred to the undersigned magistrate judge in the captioned matter.

ENTERED on July 24, 2026.

Shon T. Erwin

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE