**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **LEVI J. MITCHELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1252-R** |
| | ) | |
| **BETHANY HALL, et al..,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin, the Court adopts the Report and Recommendation [Doc. No. 5], in its entirety.

For the reasons stated therein, the Application to Proceed Without Prepaying Fees or Costs [Doc. No. 2] is DENIED and Plaintiff is instructed to pay the full filing fee within 20 days of the date of this order. If the filing fee is not received by the Clerk of the Court by this deadline, this action will be dismissed without prejudice without further notice.

IT IS SO ORDERED this 19th day of August, 2026.



**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**